PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Virgilio Marquez                               Docket Number: 06-cr-00474-MSK-01

**Petition on Supervised Release**

  COMES NOW, Gary L. Burney, probation officer of the court, presenting an official report upon the conduct and attitude of Virgilio Marquez who was placed on supervision by the Honorable Edward C. Prado sitting in the court at San Antonio, Texas, on the 6th day of February, 2003, who fixed the period of supervision at five years, and imposed the standard terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall provide the Probation Office access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without approval of the Probation Officer unless the defendant is in compliance with the payment schedule.

The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use or drugs or alcohol. The defendant may be required to contribute to the costs of services rendered (co-payment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

The defendant shall submit to a drug test whenever ordered by the Probation Officer.

NOTE: Jurisdiction of this case was transferred to the District of Colorado on November 14, 2006.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions to include a special condition that the defendant reside in a residential re-entry center for a period of up to six (6) months to commence as soon as can be arranged by the Probation Office, and shall observe the rules of that facility.

  ORDER OF THE COURT

Considered and ordered this 2nd day of May, 2007, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Gary L. Burney
Gary L. Burney
Probation Officer

s/Marcia S. Krieger
Honorable Marcia S. Krieger
U.S. District Judge

Place: Denver, Colorado
Date: April 27, 2007

**ATTACHMENT**

On December 8, 2005, the conditions of supervised release were read and explained to the defendant. On this date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on December 6, 2005.

On February 6, 2003, the defendant was sentenced by Honorable Edward C. Prado, in the Western District of Texas, San Antonio Division, to 46 months imprisonment to be followed by five (5) years supervised release for the above stated charge. On November 14, 2006, jurisdiction of this case was transferred to the District of Colorado.

The defendant submitted a positive urine sample for cocaine on July 10, 2006. Upon being confronted, the defendant admitted to using this drug resulting in the positive test. Consequently, the defendant was admonished for his behavior, drug testing was increased, he started individual substance abuse treatment, and a report of this violation was forwarded to the sentencing Court.

On September 18, 2006, the defendant submitted a second positive urine sample for cocaine. Upon being confronted, the defendant stated he had been drinking heavily and must have used cocaine without remembering. This violation was also reported to the sentencing Court. Furthermore, the defendant's substance abuse testing was further increased, treatment was also increased, and on November 14, 2006, jurisdiction of this case was transferred to the District of Colorado in an effort to expedite a response should any further violations occur.

Subsequently, on February 20, 2007, the defendant submitted a third positive urine sample for cocaine. The defendant advised the Probation Office prior to submission of the sample that it would return positive for cocaine. The defendant stated that some ex-associates threatened him and that this threat made him extremely nervous resulting in his using cocaine.

The defendant continues to attend individual substance abuse treatment at Correctional Psychology Associates (CPA), Denver, Colorado. However, his substance abuse treatment has been increased whereby he is now required to participate in a Criminal Culture group which recently started at CPA. Furthermore, drug testing has been increased.

Despite the above stated violations, the Probation Office is willing to continue working with the defendant in the community. However, more restrictive measures appear necessary to control his drug use. Therefore, the Probation Office recommends that the defendant's conditions be modified to place the defendant at a residential re-entry center for a period of up to six (6) months as soon as can be arranged.

On March 16, 2007 and April 10, 2007, respectively, the defendant and his attorney executed a form entitled Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision" which waives the right to a hearing and agrees to the proposed modification of conditions of supervised release. Assistant U.S. Attorney Gregory Rhodes has been consulted and has no objection to the proposed modification.